1006

No. 02–6099. DEAL *v.* NELSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–6107. SCHLEIGH *v.* COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY. Sup. Ct. Pa. Certiorari denied.

No. 02–6108. ROBINSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–6110. BROWN *v.* MILWAUKEE COUNTY. Ct. App. Wis. Certiorari denied.

No. 02–6112. YATES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6116. SCIBILIA *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–6123. YEKIMOFF *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 02–6129. PEARSON *v.* FINN ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–6130. PAYNE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6131. PRITCHETT *v.* SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–6133. TINSLEY *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–6134. BROADES *v.* POPPELL, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 02–6138. CENTOBENE *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–6145. BOONE *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.